UNITED STATES v. TWO PACKAGES OF DISTILLED SPIRITS. See Case No. 15,940.

## Case No. 16,588.

### UNITED STATES v. TWO STEAM BOILERS.

[Cited in U. S. v. Two Horses, Case No. 16,578. Nowhere reported; opinion not now accessible.]

## Case No. 16,589.

### UNITED STATES v. TWO THOUSAND BUSHELS OF WHEAT.

[Cited in U. S. v. The Francis Hatch, Case No. 15,158, and in U. S. v. Stevenson, Id. 16,396. Nowhere reported; opinion not now accessible.]